CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

USA

)
)
vs. )
) Civil/Criminal No.: __23cr24__
)
JERMAINE FAIRNOT )
)

## NOTE FROM JURY

Please print enough instructions for everyone - 8 more packets.

Please may we review the 1st Smith & Wesson.

Date: 1/21/2026

Time: 12:00 pm

*[handwritten signature and notation: 1-21-26, 6 pages]*

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

USA

|                          )
|                          )
|      vs.                 )    Civil/Criminal No.: __23cr24__
|                          )
| JERMAINE FAIRNOT         )
|                          )

### NOTE FROM JURY

① Could we have some technical support to play a video? 322 & 321 CCTV

② Is it possible to hear ~~transcr~~ specific portions of transcripts of testimony?

③ Can we ask any questions related to the case just to clarify ~~no reason~~ any portion that we do not specifically recall

Date: 1/21/26

Time: 2:40 pm

*[signature]*
1/21/26
1442 hours

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

USA

         vs.                                Civil/Criminal No.: _____23cr24_____

JERMAINE FAIRNOT

### NOTE FROM JURY

① We do not expect to reach a verdict today.

② Is it possible to fix the light flashing in the deliberation room?

Date: 1/21/26

Time: 4:47 pm

030/080
wd shit