CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

USA

vs.

JERMAINE FAIRNOT

Civil/Criminal No.: __23CR24__

### NOTE FROM JURY

We have not reached a unanimous verdict on any of the 8 charges.

Date: 1/22/26

Time: 4:55 pm

FOREPERSON