CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

USA

)
)
)
vs.        )      Civil/Criminal No.: _____23CR24_____
)
JERMAINE FAIRNOT    )
)

## NOTE FROM JURY

We have still not reached a unanimous verdict on any of the 8 charges. We are now halfway through our 3rd day of deliberations, and we are not close to a unanimous verdict on any of the charges

Date: 1/23/26

Time: 11:58 am

CSO - 11/66 am

12:01 pm

1/23/26

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

USA

)
)
)
vs.                                    )      Civil/Criminal No.: _____23CR24_____
)
JERMAINE FAIRNOT                       )
)

## NOTE FROM JURY

All jurors have carefully followed the instructions for deliberations. As we near the end of the 3rd day of deliberations, we are not meaningfully closer to a verdict on any of the 8 charges.

Date: 1/23/26

Time: 3:05 pm

FOREPERSON

CSO Shane Fitgourish
[signature]
01/23/2026
1509